11/15/11  4:24PM

B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

**Name of Debtor** (if individual, enter Last, First, Middle):
Tree and Land, Inc.

**Name of Joint Debtor** (Spouse) (Last, First, Middle):

**All Other Names used by the Debtor in the last 8 years**
(include married, maiden, and trade names):

**All Other Names used by the Joint Debtor in the last 8 years**
(include married, maiden, and trade names):

**Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN**
(if more than one, state all)
36-3215928

**Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN**
(if more than one, state all)

**Street Address of Debtor** (No. and Street, City, and State):
4312 Bell Rd.
Minooka, IL
ZIP Code: 60447

**Street Address of Joint Debtor** (No. and Street, City, and State):
ZIP Code:

**County of Residence or of the Principal Place of Business:**
Grundy

**County of Residence or of the Principal Place of Business:**

**Mailing Address of Debtor** (if different from street address):
ZIP Code:

**Mailing Address of Joint Debtor** (if different from street address):
ZIP Code:

**Location of Principal Assets of Business Debtor**
(if different from street address above):

---

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

---

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:**
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

**Check all applicable boxes:**
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Chapter 11 Debtors**

---

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Tree and Land, Inc. |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____<br>Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
Tree and Land, Inc.

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X**  /s/ Richard G. Larsen
Signature of Attorney for Debtor(s)

Richard G. Larsen
Printed Name of Attorney for Debtor(s)

Myler, Ruddy & McTavish
Firm Name

105 E. Galena Blvd.
8th Floor
Aurora, IL 60505
Address

amctavish@mrmlaw.com  cmyler@mrmlaw.com
630-897-8475  Fax: 630-897-8076
Telephone Number

November 15, 2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**  /s/ Karen J. Matan
Signature of Authorized Individual

Karen J. Matan
Printed Name of Authorized Individual

President
Title of Authorized Individual

November 15, 2011
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Tree and Land, Inc.   Debtor(s)   Case No.   
Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Advanta Credit Cards<br>P.O. Box 31032<br>Tampa, FL 33631 | Advanta Credit Cards<br>P.O. Box 31032<br>Tampa, FL 33631 | Credit card purchases | | 17,455.00 |
| Bank of America<br>P.O. Box 851001<br>Dallas, TX 75285 | Bank of America<br>P.O. Box 851001<br>Dallas, TX 75285 | Credit card purchases | | 36,397.00 |
| Cedar Path Nurseries<br>15235 W. Bruce Rd.<br>Lockport, IL 60491-8279 | Cedar Path Nurseries<br>15235 W. Bruce Rd.<br>Lockport, IL 60491-8279 | Trade debt | | 20,624.00 |
| Centrue Bank<br>c/o Howard & Howard<br>211 Fulton St.<br>Peoria, IL 61602-1350 | Centrue Bank<br>c/o Howard & Howard<br>211 Fulton St.<br>Peoria, IL 61602-1350 | Eight Residential Lots, 24 Undeveloped Lots Hidden Acres Subdivision, Sheridan, IL | | 1,688,442.23<br><br>(1,350,000.00 secured) |
| Chicagoland Wholesale Mulch<br>2220 N. Broadway St.<br>Crest Hill, IL 60403 | Chicagoland Wholesale Mulch<br>2220 N. Broadway St.<br>Crest Hill, IL 60403 | Trade debt | | 8,526.00 |
| Christiansen Farms<br>12151 W. Wilmington Rd.<br>Peotone, IL 60468 | Christiansen Farms<br>12151 W. Wilmington Rd.<br>Peotone, IL 60468 | Trade debt | | 47,645.00 |
| Citi Business Card<br>P.O. Box 688901<br>Des Moines, IA 50368 | Citi Business Card<br>P.O. Box 688901<br>Des Moines, IA 50368 | Credit card purchases | | 12,223.00 |
| Dellwood Tire & Auto Corp.<br>711 S. State St.<br>Lockport, IL 60441 | Dellwood Tire & Auto Corp.<br>711 S. State St.<br>Lockport, IL 60441 | Vehicle Expense | | 7,014.00 |
| Discover Financial Services<br>Attn Bankruptcy Dept<br>PO Box 3025<br>New Albany, OH 43054 | Discover Financial Services<br>Attn Bankruptcy Dept<br>PO Box 3025<br>New Albany, OH 43054 | Credit card purchases | | 7,892.00 |
| Engineering Enterprises, Inc.<br>52 Wheeler Rd.<br>Sugar Grove, IL 60554 | Engineering Enterprises, Inc.<br>52 Wheeler Rd.<br>Sugar Grove, IL 60554 | Business Debt | | 12,824.00 |
| Granby's Greenhouse<br>5850 W. Waupecan Rd.<br>Verona, IL 60479 | Granby's Greenhouse<br>5850 W. Waupecan Rd.<br>Verona, IL 60479 | Trade debt | Disputed | 65,936.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  Tree and Land, Inc.  
                 Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Greener Gardens Sod Farm LLC<br>P.O. Box 472<br>Frankfort, IL 60423 | Greener Gardens Sod Farm LLC<br>P.O. Box 472<br>Frankfort, IL 60423 | Trade debt | | 102,837.00 |
| IDES<br>33 S. State St.<br>Chicago, IL 60603 | IDES<br>33 S. State St.<br>Chicago, IL 60603 | Unemployment Insurance | | 21,822.08 |
| Illinois Department of Revenue<br>P.O. Box 19447<br>Springfield, IL 62794-9447 | Illinois Department of Revenue<br>P.O. Box 19447<br>Springfield, IL 62794-9447 | Payroll Taxes | | 12,728.69 |
| Internal Revenue Service<br>ACH Support - Stop 813G<br>PO Box 145566<br>Cincinnati, OH 45250-5566 | Internal Revenue Service<br>ACH Support - Stop 813G<br>PO Box 145566<br>Cincinnati, OH 45250-5566 | Payroll Taxes | | 57,516.55 |
| T & L Equipment Repair<br>34 Chippewa Dr.<br>Oswego, IL 60543 | T & L Equipment Repair<br>34 Chippewa Dr.<br>Oswego, IL 60543 | Business Debt | | 7,381.00 |
| The Fields<br>2412 Hacker Dr.<br>Crest Hill, IL 60403 | The Fields<br>2412 Hacker Dr.<br>Crest Hill, IL 60403 | Trade debt | | 18,999.00 |
| Tri-County Stockdale Co.<br>of Joliet, Inc.<br>25520 Black Rd.<br>Joliet, IL 60404 | Tri-County Stockdale Co.<br>of Joliet, Inc.<br>25520 Black Rd.<br>Joliet, IL 60404 | Trade debt | | 135,662.00 |
| Village of Sheridan<br>Building Department<br>115 N. Robinson St.<br>Sheridan, IL 60551 | Village of Sheridan<br>Building Department<br>115 N. Robinson St.<br>Sheridan, IL 60551 | Business Debt | Disputed | 24,656.00 |
| Wells Fargo<br>P.O. Box 348750<br>Sacramento, CA 95834 | Wells Fargo<br>P.O. Box 348750<br>Sacramento, CA 95834 | Credit card purchases | | 47,973.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  November 15, 2011      Signature  /s/ Karen J. Matan  
                                                              Karen J. Matan  
                                                               President

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

A & T Electric
2910 East 15th Rd.
Ottawa, IL 61350


Ace Hardware
855 S. Ridge Rd.
Minooka, IL 60447


Advanta Credit Cards
P.O. Box 31032
Tampa, FL 33631


Allied Insurance
P.O. Box 10479
Des Moines, IA 50306-0479


American Express
World Financial Center
200 Vesey St.
New York, NY 10285


Bank of America
P.O. Box 851001
Dallas, TX 75285


BP Amoco
P.O. Box 923928
Norcross, GA 30010


Capital One Bank
P.O. Box 30285
Salt Lake City, UT 84130-0285


Cedar Path Nurseries
15235 W. Bruce Rd.
Lockport, IL 60491-8279


Centrue Bank
c/o Howard & Howard
211 Fulton St.
Peoria, IL 61602-1350


Centrue Bank
202 Indian Springs Dr.
Sandwich, IL 60548

```
Chartis Insurance
5 Wood Hollow Rd., 3rd Fl
Parsippany, NJ 07054


Chicagoland Wholesale Mulch
2220 N. Broadway St.
Crest Hill, IL 60403


Chicgoland Drug Testing
32 Uno Circle
Joliet, IL 60435


Christiansen Farms
12151 W. Wilmington Rd.
Peotone, IL 60468


Citi Business Card
P.O. Box 688901
Des Moines, IA 50368


City of Joliet
Water Department
921 E. Washington St.
Joliet, IL 60433


CNH Capital
P.O. Box 9218
Old Bethpage, NY 11804


CNH Capital
P.O. Box 3900
Lancaster, PA 17604-3900


Com Ed
Attn: Bankruptcy Department
2100 Swift Drive
Oak Brook, IL 60523


DeBold Topsoil
P.O. Box 4078
Joliet, IL 60434


Dellwood Tire & Auto Corp.
711 S. State St.
Lockport, IL 60441
```

Dick's Towing Service
911 N. Broadway St.
Joliet, IL 60435


Dirt Works, Inc.
P.O. Box 42899
Evergreen Park, IL 60805


Discover Financial Services
Attn Bankruptcy Dept
PO Box 3025
New Albany, OH 43054


DuPage Topsoil
P.O. Box 387
Wheaton, IL 60187


Emil's Tires
5601 Sauk Trail
Matteson, IL 60443


Engineering Enterprises, Inc.
52 Wheeler Rd.
Sugar Grove, IL 60554


Ero-Tex
N94W14330 Garwin Mace Dr.
Menomonee Falls, WI 53051


Grainco FS, Inc.
3107 N. St. Route 23
Ottawa, IL 61350


Granby's Greenhouse
5850 W. Waupecan Rd.
Verona, IL 60479


Greener Gardens Sod Farm LLC
P.O. Box 472
Frankfort, IL 60423


Hartford Insurance
P.O. Box 2907
Hartford, CT 06104-2907

Heiss Welding, Inc.
260 W. Marquette
Ottawa, IL 61350


IDES
33 S. State St.
Chicago, IL 60603


Illinois American Water
1000 Internationale Parkway
Woodridge, IL 60517


Illinois Department of Revenue
P.O. Box 19447
Springfield, IL 62794-9447


Internal Revenue Service
ACH Support - Stop 813G
PO Box 145566
Cincinnati, OH 45250-5566


John Deere Financial
P.O. Box 650215
Dallas, TX 75265


Karen J. Matan
2065 Hideaway Ct.
Morris, IL 60450


LaSalle County Treasurer
707 E. Etna Rd.
P.O. Box 1560
Ottawa, IL 61350


Norway Nursery & Garden Center
Box 451
Sheridan, IL 60551


NuWay Disposal
P.O. Box 9
Mokena, IL 60448


Orland Soil Contractors, Inc.
4011 W. 165th St.
Country Club Hills, IL 60478

Possibility Place Nursery
7548 W. Monee-Manhattan Rd.
Monee, IL 60449


Principal Financial Group
P.O. Box 14513
Des Moines, IA 50306


Rental Max
908 E. Roosevelt Rd.
Wheaton, IL 60187


Shell Fleet
Processing Center
P.O. Box 183019
Columbus, OH 43218


Speedway, LLC
P.O. Box 1590
Springfield, OH 45501


Sprint
P.O. Box 8077
London, KY 40742


T & L Equipment Repair
34 Chippewa Dr.
Oswego, IL 60543


The Fields
2412 Hacker Dr.
Crest Hill, IL 60403


Transport Towing
2615 Brandon Rd.
Joliet, IL 60436


Tri-County Stockdale Co.
of Joliet, Inc.
25520 Black Rd.
Joliet, IL 60404


Vardal Survey Systems
1204 W. Jefferson St.
Joliet, IL 60435

```
Village of Sheridan
Building Department
115 N. Robinson St.
Sheridan, IL 60551


Wells Fargo
P.O. Box 348750
Sacramento, CA 95834


Wessells Sherman
1860 Executive Dr., Suite E-1
Oconomowoc, WI 53066


Westside Tractor
P.O. Box 87618
Chicago, IL 60680
```