IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | Bankruptcy No. 11-46326 |
| Tree and Land, Inc., | ) | Judge Carol A. Doyle |
| | ) | Hearing Date: February 2, 2012 |
| | ) | 10:00 a.m. |
| Debtor. | ) | Chicago, Illinois |
| | ) | |

## NOTICE OF MOTION

To:   See Attached Service List

YOU ARE HEREBY NOTIFIED that on the 2nd day, February, 2012 at 10:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before Honorable Bankruptcy Judge Carol A. Doyle, Courtroom 742 at 219 S. Dearborn St., Chicago, Illinois, 60604 and then and there present a **Motion For The Entry of Final Order Authorizing The Debtor To Use Cash Collateral And Provide Adequate Protection To Centrue Bank**, a copy of which is attached hereto, at which time you may appear if you so deem fit.

DATED this 18th day of January, 2012.

/s/ Richard G. Larsen
Richard G. Larsen, Attorney for Debtor

## CERTIFICATE OF SERVICE

Richard G. Larsen being first duly sworn upon oath, deposes and states that he served the above and foregoing **Notice of Motion** and attached **Motion** via facsimile, electronic mail, and by regular mail, a true and correct copy thereof in a sealed envelope, first class postage prepaid, addressed to all parties as set forth herein, on the 18th day of January, 2012.

/s/ Richard G. Larsen
Richard G. Larsen

Richard G. Larsen, ARDC#6193054
**Myler, Ruddy & McTavish**
*Attorneys for Debtors*
105 E. Galena Blvd., 8th Fl.
Aurora, Illinois 60505
(630)897-8475
Fax (630)897-8076

Advanta Credit Cards
P.O. Box 31032
Tampa, FL 33631

Bank of America
P.O. Box 851001
Dallas, TX 75285

Cedar Path Nurseries
15235 W. Bruce Rd.
Lockport, IL 60491-8279

Centrue Bank
c/o Howard & Howard
211 Fulton St.
Peoria, IL 61602-1350

Chicagoland Wholesale Mulch
2220 N. Broadway St.
Crest Hill, IL 60403

Christiansen Farms
12151 W. Wilmington Rd.
Peotone, IL 60468

Citi Business Card
P.O. Box 688901
Des Moines, IA 50368

Dellwood Tire & Auto Corp.
711 S. State St.
Lockport, IL 60441

Discover Financial Services
Attn Bankruptcy Dept
PO Box 3025
New Albany, OH 43054

Engineering Enterprises, Inc.
52 Wheeler Rd.
Sugar Grove, IL 60554

Granby's Greenhouse
5850 W. Waupecan Rd.
Verona, IL 60479

Greener Gardens Sod Farm LLC
P.O. Box 472
Frankfort, IL 60423

IDES
33 S. State St.
Chicago, IL 60603

Illinois Department of Revenue
P.O. Box 19447
Springfield, IL 62794-9447

Karen J. Matan
2065 Hideaway Ct.
Morris, IL 60450

T & L Equipment Repair
34 Chippewa Dr.
Oswego, IL 60543

The Fields
2412 Hacker Dr.
Crest Hill, IL 60403

Tri-County Stockdale Co.
of Joliet, Inc.
25520 Black Rd.
Joliet, IL 60404

Village of Sheridan
Building Department
115 N. Robinson St.
Sheridan, IL 60551

Wells Fargo
P.O. Box 348750
Sacramento, CA 95834

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, IL 60604-2027
(Via Electronic Mail)

U.S. Bankruptcy Court
Eastern Division
219 S. Dearborn St., 7th Floor
Chicago, IL 60604-1704
(Via Electronic Mail)

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | No. 11-46326 |
| TREE AND LAND, INC., ) | |
| ) | Judge Carol A. Doyle |
| Debtor. ) | Hearing Date: February 2, 2012 |
| ) | 10:00 a.m. |
| ) | Chicago, Illinois |

**MOTION FOR THE ENTRY OF FINAL ORDER AUTHORIZING THE DEBTOR TO USE CASH COLLATERAL AND PROVIDE ADEQUATE PROTECTION TO CENTRUE BANK**

NOW COMES the debtor TREE AND LAND, by its attorneys, Richard G. Larsen and Myler, Ruddy & McTavish, and pursuant to 11 U.S.C. Sec 363, moves this Court for authority to use the cash collateral of Centrue Bank, and in support thereof, states as follows:

1. The debtor filed its petition under Chapter 11 of the Bankruptcy Code on November 15, 2011.

2. The debtor is operating its business pursuant to Section 1107 and 1108 of the Bankruptcy Code.

3. Centrue Bank is a creditor in the amount of $1,703,398.36 as of the filing date. The claim of Centrue Bank is secured by, among other things, all of the debtor's accounts and contract rights, inventory of every description, and proceeds of the foregoing. On information and belief, Centrue Bank has a first priority and secured position in the aforesaid cash collateral.

4. The debtor requires the use of Centrue Bank's cash collateral in order to continue operation of its business and to move toward a successful reorganization.

5. The debtor's Interim Order expired on January 15, 2012. Since that time and pending entry of final order, the debtor has operated with the consent of Centrue Bank, upon the terms of the Interim Order.

6. The debtor requires entry of the attached proposed final order to operate its business, and to avoid immediate and irreparable harm to the estate pending plan confirmation.

7. The proposed final order contains one of the provisions outlined in Local 4001 (2)(A), namely expedited relief from the stay upon default. That provision has been highlighted in the order attached hereto.

8. Fourteen days notice of this Motion by fax and electronic mail to the attorney for Centrue Bank, and the office of the United States Trustee. Notice to the twenty largest unsecured creditors was given via regular mail, as requred by Bankruptcy Rule 4001. There is no creditors committee in this case.

WHEREFORE, the debtor prays for the entry of the attached order, and for such other relief as the Court deems just.

TREE AND LAND, INC.

/s/ Richard G. Larsen
One of its Attorneys

Richard G. Larsen, ARDC 6193054
Myler, Ruddy & McTavish
105 E. Galena Blvd., 8th floor
Aurora, IL 60505
(630) 897-8475 Ph; (630) 897-8076 Fx